```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------X
                                      :
UNITED STATES OF AMERICA              :
                                      :   Docket # 22CR701-2
        -against-                     :
                                      :   ORDER
Andrew Whalen                         :
                                      :
        Defendant                     :
                                      :
--------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/1/2023

Gregory H. Woods, United States District Judge:

Upon the application of Pretrial Services and consent of the parties, it is hereby ORDERED that the defendant's bail be modified as follows: 1) Temporarily suspend the defendant's location monitoring condition to allow the removal of the ankle monitor by Pretrial Services while the defendant attends residential drug treatment program. Upon the defendant's discharge, the location monitoring condition will resume, and the bracelet will be reattached by Pretrial Services.

Dated: New York, New York
       May  1 , 2023

SO ORDERED:

_____
Gregory H. Woods
United States District Judge