# MEMORANDUM ENDORSED

## ANTHONY L. RICCO
### ATTORNEY AT LAW

20 VESEY STREET • SUITE 400
NEW YORK, NEW YORK 10007
———
TEL (212) 791-3919
FAX (212) 964-2926
tonyricco@aol.com

STEVEN Z. LEGON
OF COUNSEL

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/2/2023
```

June 1, 2023

By E.C.F.

Hon. Gregory H. Woods
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

**Re: *United States v. Andrew Whalen*, Docket No. 22-Cr.-701 (GHW)**

Dear Judge Woods:

This letter motion is submitted in advance of the status conference scheduled for Tuesday, June 6, 2023, to request (1) that defendant Andrew Whalen's appearance be waived, since he is presently being treated at an in-patient drug treatment facility; and (2) that my Associate, attorney Steven Z. Legon, Esq., be permitted to appear on my behalf, since I remain actually engaged in the matter of *People v. David Marrero*, a New York State homicide trial in Bronx County, which began on Monday, March 20, 2023.

The government has been advised of this application and has no objection.

Thank you for your Honor's attention to this matter. If there are any questions, or if additional information is required, please contact me at your Honor's convenience.

Respectfully,

*Anthony L. Ricco*
Anthony L. Ricco

ALR/jh

cc: A.U.S.A. Jonathan Bodansky

Application granted. Mr. Whalen may waive his appearance for the June 6, 2023 status conference; and Steven Z. Legon, Esq., may appear on behalf of Anthony L. Ricco.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 24.

SO ORDERED.

Dated: June 2, 2023

_____
GREGORY H. WOODS
United States District Judge