```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/5/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
                                                                  :
UNITED STATES OF AMERICA,                                         :
                                                                  :
                                                                  :
              -v-                                                 :      1:22-cr-701-GHW-2
                                                                  :
                                                                  :
ANDREW WHALEN,                                                    :      ORDER
                                                                  :
                                        Defendant.                :
----------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

At the request of the defendant, the conditions of the defendant's pretrial release are modified as follows: Mr. Whalen shall participate in a 28-day inpatient drug treatment program. All other conditions of the defendant's pretrial release remain in full force and effect.

SO ORDERED.

Dated: March 5, 2024
       New York, New York

_____
GREGORY H. WOODS
United States District Judge