```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
   UNITED STATES OF AMERICA,                     :
                                                 :
              -against-                          :
                                                 :
   ANDREW WHALEN,                                :
                                                 :
                              Defendant.         :
-----------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/18/2024

1:22-cr-701-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

Following an evaluation of the factors set forth in 18 U.S.C. § 3148, the Court has determined that the conditions of Andrew Whalen's pre-trial release should be revoked. The defendant has consented to his detention. Accordingly, Mr. Whalen's pre-trial release is revoked and he is remanded to the custody of the United States Marshals Service.

SO ORDERED.

Dated: June 18, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge