UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

UNITED STATES OF AMERICA,                              :

                                                       :

         -against-                                    :

                                                       :

ANDREW WHALEN,                                         :              1:22-cr-701-GHW-2

                                                       :

                    Defendant.    :              ORDER

-------------------------------------------------------------X

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 7/17/2024

GREGORY H. WOODS, United States District Judge:

      Upon the application of the defendant, by and through ANTHONY L. RICCO, his attorney, and with the consent of the United States of America, by and through DAMIAN WILLIAMS, United States Attorney for the Southern District of New York, JONATHAN BODANSKY, Assistant United States Attorney, of counsel, it is hereby ORDERED that the status conference in this case is continued from July 19, 2024 to August 21, 2024 at 10:00 a.m.

      The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial because it will permit the parties to continue to discuss a pretrial resolution of this matter and permit the defendant and his counsel to receive and review discovery.  Accordingly, it is further ORDERED that the time from the date of this order through August 21, 2024 is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

      The Clerk of Court is directed to terminate the motion pending at Dkt. No. 48.

      SO ORDERED.

Dated:  July 17, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge