UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

ANDREW WHALEN,

Defendant.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/28/2024

1:22-cr-701-GHW-2

ORDER

GREGORY H. WOODS, United States District Judge:

Upon the application of United States of America, by and through Assistant United States Attorney Jonathan Bodansky, of counsel, and with the consent of Andrew Whalen, by and through his attorney, Anthony L. Ricco, Esq., it is hereby ORDERED that the pretrial conference in this case be continued from October 29, 2024 to December 17, 2024 at 9:00 a.m.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial because it will permit the parties to actively continue to discuss a pretrial resolution of this matter. Accordingly, it is ORDERED that the time from the date of this order through December 17, 2024 is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 67.

SO ORDERED.

Dated: October 28, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge