

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

**MEMORANDUM ENDORSED**

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/13/2025

March 13, 2025

**BY ECF**

The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: *United States v. Andrew Whalen*, 22 Cr. 701 (GHW)**

Dear Judge Woods:

With the consent of the defendant, the Government respectfully writes to request an approximately one-day adjournment of the parties' deadlines to file their sentencing submissions in the above-referenced case. Currently, the defendant's sentencing submission is due today, March 13, 2025, and the Government's sentencing submission is due March 20, 2025. The undersigned attorney will be out of the office on March 20, 2025, however, and therefore respectfully requests a one-day adjournment of the Government's filing deadline, along with a corresponding one-day adjournment of the defendant's filing deadline.

Respectfully submitted,

MATTHEW PODOLSKY
Acting United States Attorney

By: ______________________
Jonathan L. Bodansky
Assistant United States Attorney
(212) 637-2385

cc: Anthony L. Ricco, Esq.
Steven Legon, Esq.

Application granted. The defendant's sentencing submissions are due no later than March 14, 2025; the Government's sentencing submissions are due no later than March 21, 2025.
The Clerk of Court is directed to terminate the motion pending at Dkt. No. 73.
SO ORDERED.
Dated: March 13, 2025
New York, New York

______________________
GREGORY H. WOODS
United States District Judge