UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
   UNITED STATES OF AMERICA,

               -against-

   ANDREW WHALEN,

                           Defendant.
-----------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/20/2025
```

1:22-cr-701-GHW-2

ORDER

GREGORY H. WOODS, United States District Judge:

      The sentencing hearing currently scheduled for March 27, 2025 at 10:00 a.m. is rescheduled. The hearing will take place on March 31, 2025 at 11:00 a.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, New York, New York 10007. The parties are directed to appear for the proceeding as scheduled unless otherwise ordered by the Court.

      The Clerk of Court is directed to terminate the motion pending at Dkt. No. 79.

      SO ORDERED.

Dated: March 20, 2025
New York, New York

                                                             GREGORY H. WOODS
                                                            United States District Judge